IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------X
:
JAMES DAVIS                                   :        3:12 CV 1102 (JBA)
                                              :
V.                                            :
                                              :
HUNT LEIBERT JACOBSON ET AL.    :        DATE: AUGUST 25, 2015
                                              :
---------------------------------------------------------X

RULING ON DEFENDANT HUNT LEIBERT'S MOTION TO COMPEL

The factual and procedural history behind this litigation is set forth in the Ruling on Defendants' Motions to Dismiss, filed November 7, 2014 (Dkt. #44)["November 2014 Ruling"] by U.S. District Judge Janet Bond Arterton, 2014 WL 5798585, familiarity with which is presumed.  (See also Dkt. #58, 2015 WL 251569 (Ruling on Defendants' Motions for Reconsideration)).  Under the latest Scheduling Order filed by Judge Arterton on February 23, 2015 (Dkt. #69), all discovery is to be completed by September 22, 2015, a telephonic pre-filing/status conference is scheduled for October 13, 2015, and all dispositive motions are due by October 22, 2015.

On July 24, 2015, defendant Hunt Leibert Jacobson, P.C. ["Hunt Liebert"] filed the pending Motion to Compel Plaintiff's Complete Compliance with First Set of Interrogatories and Requests for Production (Dkt. #75),[1] which was referred to this Magistrate Judge by Judge Arterton on August 7, 2015.  (Dkt. #78; see also Dkts. ##76-77, 79-82).  On August 17, 2015, plaintiff filed his brief in opposition (Dkt. #83),[2] as to which defendant Hunt Leibert filed its reply brief four days later.  (Dkt. #84).

---

[1]Attached as Exh. A is an affidavit of counsel, sworn to July 23, 2015.

[2]Attached as Exh. A is a copy of a Current File Location form for the foreclosure lawsuit that forms the basis of this federal litigation.

At issue in this motion are fourteen Interrogatories and eighteen Requests for Production, namely Interrogatories Nos. 2, 3, 4, 6, 7, 8, 9, 10, 11, 12, 15, 16, 17 and 19, and Requests for Production Nos. 1, 2, 3, 4, 5, 6, 7, 8, 12, 13, 14, 15, 17, 18, 19, 20, 22 and 23. (Dkt. #75, Brief, at 3-24; Dkt. #83, at 1-10; Dkt. #84, at 2-10).[3]  Plaintiff complied with Requests for Production Nos. 3 and 4 at his recent deposition in New Hampshire. (Dkt. #83, at 7).

Plaintiff has represented that he is seeking additional responses to Interrogatories No. 2, 3, 4, and 11 (Dkt. #83, at 1-3, 4); plaintiff shall provide complete answers **on or before September 10, 2015**.

The Magistrate Judge agrees that plaintiff's responses are insufficient with respect to Interrogatories Nos. 7, 8, 9 and 10, and Request for Production Nos. 12, 13, 14 and 15, and plaintiff shall provide complete answers **on or before September 10, 2015**.

With respect to Interrogatories No. 6, 12, 15, 16, 17 and 19, and Requests for Production Nos. 1, 2, 5, 6, 7, 8, 17, 18, 19, 20, 22 and 23, plaintiff shall provide supplemental responses, signed by him, instead of his attorney's explanation in a brief (see Dkt. #83, at 3-9), **on or before September 10, 2015**.

This is not a Recommended Ruling, but a ruling on a non-dispositive motion, the standard of review of which is specified in 28 U.S.C. § 636; FED. R. CIV. P. 6(a), 6(e) & 72; and Rule 72.2 of the Local Rules for United States Magistrate Judges.  As such, it is an order of the Court unless reversed or modified by the District Judge upon timely made objection.

See 28 U.S.C. § 636(b)**(written objections to ruling must be filed within fourteen calendar days after service of same);**  FED. R. CIV. P. 6(a), 6(e) & 72; Rule

---

[3]With all deference to counsel, these are discovery issues that mature adults should have been able to resolve between themselves, without burdening the Court.

72.2 of the Local Rules for United States Magistrate Judges, United States District Court for the District of Connecticut; <u>Small v. Secretary, H&HS</u>, 892 F.2d. 15, 16 (2d Cir. 1989)(failure to file timely objection to Magistrate Judge's recommended ruling may preclude further appeal to Second Circuit).[4]

Dated at New Haven, Connecticut, this 25th day of August, 2015.

    /s/ Joan G. Margolis, USMJ
Joan Glazer Margolis
United States Magistrate Judge

---

[4] If any counsel believes that a continued settlement conference before this Magistrate Judge would be productive, he should contact this Magistrate Judge's Chambers accordingly.